

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Winfred Warren Thomas, Appellant

No. 06-13-00209-CR      v.

The State of Texas, Appellee

Appeal from the County Court at Law #1 of Gregg County, Texas (Tr. Ct. No. 2013-1873). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Winfred Warren Thomas, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 25, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk